**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-558**

---

IN RE: RICHARD L. MASSEY, JR.,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-94-1861-L)

---

Submitted: July 25, 1996          Decided: August 7, 1996

---

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Richard L. Massey, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard L. Massey, Jr., petitioned this court for a writ of mandamus, complaining of delay by the district court in resolving his petition for habeas corpus. Massey admits that the district court has now acted on the petition. Although leave to proceed in forma pauperis is granted, the petition for mandamus is dismissed as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED